THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE LA PLATA MINING AND SMELTING COMPANY, Appellant.

THIS case presented a similar question and was argued and decided with *People* v. *N. Y. F. D. D. Co.* (*ante*, p. 487).

---

MARCUS T. HUN, as Receiver, etc., Appellant, *v.* HENRY H. VAN DYCK et al., Respondents.

(Argued April 25, 1883 ; decided June 5, 1883.)

REPORTED below (26 Hun, 567).

*Peter B. Olney* for appellant.

*Elliott F. Shepard & Nelson J. Waterbury* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.